IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)

**FILED**

JAN 0 7 2005

RALPH L. DeLOACH, Clerk
By _____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 05-20012-01-CM-JPO |
| | ) 02 |
| JOSE A. MARTINEZ, | ) |
| a/k/a JOSE ALFREDO MARTINEZ, | ) |
| and | ) |
| SANDRA CRUZ, | ) |
| Defendants. | ) |

### INDICTMENT

The Grand Jury charges:

### COUNT 1

That on or about September 28, 2000, in the District of Kansas, the defendant,

JOSE A. MARTINEZ,
a/k/a JOSE ALFREDO MARTINEZ,

did knowingly and willfully, for the purpose of obtaining an FHA loan from any person, partnership, association, or corporation with the intent that such loan shall be offered to or accepted by the Department of Housing and Urban Development make, pass, utter and publish a materially false statement in that he indicated that he was a permanent resident alien in his loan application to purchase a residence in Kansas City, Missouri 64134, when in fact, he knew he was not a permanent resident alien, in violation of Title18, United States Code, Section 1010.

1

## COUNT 2

On or about September 28, 2000, in the District of Kansas, the defendant,

### JOSE A. MARTINEZ,
### a/k/a JOSE ALFREDO MARTINEZ,

did knowingly and willfully, for the purpose of obtaining an FHA loan from any person, partnership, association, or corporation with the intent that such loan shall be offered to or accepted by the Department of Housing and Urban Development make, pass, utter and publish a materially false statement in that he indicated his Social Security Number was XXX-XX-1858 in his loan application to purchase a residence in Kansas City, Missouri 64134, when in fact he knew that Social Security Number was not assigned to him, in violation of Title 18, United States Code, Section 1010.

## COUNT 3

That on or about September 28, 2000, in the District of Kansas, the defendant,

### SANDRA CRUZ,

did knowingly and willfully, for the purpose of obtaining an FHA loan from any person, partnership, association, or corporation with the intent that such loan shall be offered to or accepted by the Department of Housing and Urban Development make, pass, utter and publish a materially false statement in that she indicated that she was a permanent resident alien in her loan application to purchase a residence in Kansas City, Missouri 64134, when in fact, she knew she was not a permanent resident alien, in violation of Title18, United States Code, Section 1010.

## COUNT 4

On or about September 28, 2000, in the District of Kansas, the defendant,

SANDRA CRUZ,

did knowingly and willfully, for the purpose of obtaining an FHA loan from any person, partnership, association, or corporation with the intent that such loan shall be offered to or accepted by the Department of Housing and Urban Development make, pass, utter and publish a materially false statement in that she indicated her Social Security Number was XXX-XX-0913 in her loan application to purchase a residence in Kansas City, Missouri 64134, when in fact she knew that Social Security Number was not assigned to her, in violation of Title 18, United States Code, Section 1010.

A TRUE BILL.

DATED: 1-6-2005

_____
FOREPERSON

_____
ERIC F. MELGREN
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
1200 Epic Center
301 N. Main
Wichita, Kansas 67202
KS S.Ct. No.12430

(It is requested that the trial of the above-captioned case be held in the City of Kansas City, Kansas.)

The Court acknowledges the return of this indictment in open court.

_____
UNITED STATES DISTRICT JUDGE

**PENALTIES:**

Counts 1-4 -- 18 U.S.C. § 1010 (False Statement)

- NMT 2 years incarceration;
- NMT $250,000.00 fine;
- NMT 3 years supervised release
- $100.00 special assessment fee